Joseph C. Gould, Appellee, v. Ross C. Swartz, Appellant.

Gen. No. 9,192.

Heard in this court at April term, 1939; opinion filed October 19, 1939; rehearing denied January 2, 1940. Frank K. Lemon and Grover W. Watson, for appellant; John Bedinger and George J. Smith, for appellee. Opinion by JUSTICE RIESS. ''Not to be published in full.''